UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAMAL ROY,<br><br>　　　　　Plaintiff,<br>　　v.<br>U.S.A. GOVERNMENT, et al.,<br>　　　　　Defendants.<br>_____/ | No. C 13-02212 LB<br><br>**ORDER (1) GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND (2) DIRECTING THE CLERK OF THE COURT TO REASSIGN THE ACTION TO A DISTRICT COURT JUDGE**<br><br>**REPORT AND RECOMMENDATION** |

### INTRODUCTION

Plaintiff has filed an application to proceed *in forma pauperis* and a complaint that fails to state a claim. *See* ECF No. 1. Plaintiff has not consented to the undersigned's jurisdiction. *See* ECF Nos. 3, 4. The undersigned grants the application, orders that the case be reassigned, and recommends that the case be dismissed without prejudice for failure to state a claim.

### ANALYSIS

Plaintiff has filed an application to proceed *in forma pauperis*. ECF No. 3. Good cause appearing, the application is **GRANTED**.

Under 28 U.S.C. § 1915(e)(2), the court is required to dismiss an *in forma pauperis* complaint that is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant immune from such relief. *See Marks v. Solcum*, 98 F.3d 494,

1    495 (9th Cir. 1996). The undersigned is unable to discern any legally cognizable claim in Plaintiff's
2    complaint, which is incomprehensible and consists of 83 pages (including an imbedded IFP
3    application) that are incoherent and contain no separate statement of the claims.

4    Given the lack of consent, the court orders that the case be reassigned to a district judge and
5    recommends that the district court dismiss Plaintiff's complaint with leave to amend within 30 days.
6    In the amended complaint, Plaintiff must identify each claim clearly and legibly and must state the
7    specific facts supporting each claim. Hand-scribbled notes on documents are not sufficient to alert
8    the court to any claims. If Plaintiff states a claim upon which relief may be granted, then the
9    undersigned recommends that the district court order service of the complaint on Defendants. If
10   Plaintiff does not file an amended complaint, then the Clerk of the Court should close the file.

## CONCLUSION

The undersigned **GRANTS** Plaintiff's application to proceed *in forma pauperis*, **ORDERS** the Clerk of the Court to reassign this action to a district court judge, and **RECOMMENDS** that the newly-assigned district court judge (I) dismiss the complaint with leave to amend within thirty days and (II) direct the Clerk to close the file in this case if an amended complaint is not filed within thirty days of the date of that the district court issues an order dismissing the complaint.

Any party may file objections to this Report and Recommendation with the district judge within fourteen days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); N.D. Cal. Civ. L.R. 72. Failure to file an objection may waive the right to review of the issue in the district court.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: August 13, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION; REPORT AND RECOMMENDATION
C 13-02212 LB
2