IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMAL ROY,

    Plaintiff,                                    No. C 13-02212 WHA

  v.

UNITED STATES, *et al*.                      **JUDGMENT**

    Defendants.

       On October 10, 2013, the undersigned judge adopted the report and recommendation by Magistrate Judge Beeler to dismiss this action with leave to amend. Plaintiff was given until **NOVEMBER 8, 2013, AT NOON**, to file a motion for leave to amend. He failed to do so.

       **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants. The Clerk **SHALL CLOSE THE FILE**.

       **IT IS SO ORDERED.**

Dated: November 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE